IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 10 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | 1:21 CR 816 |
| v. ) | CASE NO. _____ |
| ) | |
| ARCHIE LYONS, ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) and (b)(1)(A) |
| Defendant. ) | |
| ) | JUDGE GWIN |

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. On or about October 25, 2021, in the Northern District of Ohio, Eastern Division, Defendant ARCHIE LYONS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ARCHIE LYONS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the

result of such violation; and, any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.